**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

TOKS BANC CORP,
TOKS,
5 WORLD MARKETS CORPORATION,
WORLD MARKETS TRANSFER AGENCY
CORPORATION,
GLOBAL PROSPERITY CORPORATION,                CIVIL ACTION NO. _____
UNITED STATES OF AMERICA,
THE PEOPLE'S REPUBLIC OF CHINA,
ORGANIZATION OF THE PETROLEUM
EXPORTING COUNTRIES (OPEC),
TREASURY DEPARMENT OF
UNITED STATES,
FEDERAL RESERVE BOARD OF
UNITED STATES,
FEDERAL RESERVE BANK OF
RICHMOND,
INTERNATIONAL OLYMPIC COMMITTEE,
ASSOCIATION OF TENNIS PROFESSIONALS,
WOMEN'S TENNIS PROFESSIONALS,
INTERNATIONAL TENNIS FEDERATION,
NATIONAL FOOTBALL LEAGUE,
NATIONAL BASKETBALL ASSOCIATION,
MAJOR LEAGUE BASEBALL,
MAJOR LEAGUE SOCCER,
CHARLES, PRINCE OF WALES,
IDRIS ELBA, ACTOR, SINGER, PRODUCER,
SABRINA DHOWRE ELBA, FASHION MODEL,
DAK PRESCOT, QUARTERBACK
DALLAS COWBOYS,
BRIAN ALLEN, OFFENSIVE LINEMAN
LOS ANGELES RAMS,
MADONNA LOUISE CICCONE,
SINGER, SONGWRITER;
DEMOCRATIC PARTY,
REPUBLICAN PARTY,
ADESIJUOLA OGUNJOBI,
MEMBERS OF THE CLASS AND SUBCLASSES
AND THOSE SIMILARLY SITUATED,

     PLAINTIFFS,

V.

UNITED NATIONS,
WORLD HEALTH ORGANIZATION,
CENTERS FOR DISEASE CONTROL
AND PREVENTION,

     DEFENDANTS.

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of CLASS ACTION COMPLAINT TO DECLARE CORONAVIRUS/COVID-19 AKA "VIRUS SCAM" A "SCAM,' "SHAM," "FRAUD," AND TOTAL GLOBAL NUISANCE AND PARANOIA DUE TO NO STRONG EVIDENCE TO SUSTAIN SUCH VIRUS EXISTS LET ALONE TO CAUSE SICKNESS AND DEATH IN LIVING PERSONS BECAUSE MERE LIVING PERSONS BEING DECLARED SICK AND DEAD FROM ANY VURUS DOES NOT CONSTITUTE EVIDENCE OF PANDEMIC DUE TO SINCE THE BEGINNING OF HUMAN EXISTENCE AS WE KNOW SICKNESS AND DEATH IS NORMAL NOT ABNORMAL**

Adesijuola Ogunjobi

Name of Pro Se Party

Signature of Pro Se Party

6/1/2020
Executed on: _____