IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

E-NOTICING REGISTRATION REQUEST FOR PRO SE LITIGANT

Case Number **3:20-cv-00393-HEH**

Name: Adesijuola Ogunjobi

Address: 8310 Midlothian TPKE

Richmond, VA 23235

Telephone Number/Cell: (904) 229-4649

Email Address: adesijuolaogunjobi@gmail.com

The undersigned:

- Consents to receiving Notice of filings pursuant to Fed. R. Civ. P. 5(b) via Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed Documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any Change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _[signature]_   Date: 6/1/2020

Court Use Only

The request is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                    (Date)