FILED: January 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

No. 20-1688
(3:20-cv-00393-HEH)
_____

ADESIJUOLA OGUNJOBI

       Plaintiff - Appellant

 and

TOKS BANC CORP; TOKS; 5 WORLD MARKETS CORPORATION;
WORLD MARKETS TRANSFER AGENCY CORPORATION; GLOBAL
PROSPERITY CORPORATION; UNITED STATES OF AMERICA; THE
PEOPLE'S REPUBLIC OF CHINA; ORGANIZATION OF THE PETROLEUM
EXPORTING COUNTRIES (OPEC); TREASURY DEPARTMENT OF THE
UNITED STATES; FEDERAL RESERVE BOARD OF THE UNITED STATES;
FEDERAL RESERVE BANK OF RICHMOND; INTERNATIONAL OLYMPIC
COMMITTEE; ASSOCIATION OF TENNIS PROFESSIONALS; WOMEN'S
TENNIS PROFESSIONALS; INTERNATIONAL TENNIS FEDERATION;
NATIONAL FOOTBALL LEAGUE; NATIONAL BASKETBALL
ASSOCIATION; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE SOCCER;
CHARLES, PRINCE OF WALES; IDRIS ELBA, Actor, Singer, Producer;
SABRINA DHOWRE ELBA, Fashion Model; DAK PRESCOTT, Quarterback;
DALLAS COWBOYS; BRIAN ALLEN, Offensive Lineman; LOS ANGELES
RAMS; MADONNA LOUISE CICCONE, Singer, Songwriter; DEMOCRATIC
PARTY; REPUBLICAN PARTY; MEMBERS OF THE CLASS AND
SUBCLASSES, and those similarly situated

       Plaintiffs

v.

UNITED NATIONS; WORLD HEALTH ORGANIZATION; CENTERS FOR
DISEASE CONTROL AND PREVENTION

       Defendants - Appellees

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

<u>/s/ PATRICIA S. CONNOR, CLERK</u>