

FILED

JUN -2 2021

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

TOKS BANC CORP,
TOKS,
5 WORLD MARKETS CORPORATION,
WORLD MARKETS TRANSFER AGENCY
CORPORATION,
GLOBAL PROSPERITY CORPORATION,
UNITED STATES OF AMERICA,
THE PEOPLE'S REPUBLIC OF CHINA,
ORGANIZATION OF THE PETROLEUM
EXPORTING COUNTRIES (OPEC),
TREASURY DEPARMENT OF
UNITED STATES,
FEDERAL RESERVE BOARD OF
UNITED STATES,
FEDERAL RESERVE BANK OF
RICHMOND,
COMMONWEALTH OF VIRGINIA;
INTERNATIONAL OLYMPIC COMMITTEE,
ASSOCIATION OF TENNIS PROFESSIONALS,
WOMEN'S TENNIS PROFESSIONALS,
INTERNATIONAL TENNIS FEDERATION,
NATIONAL FOOTBALL LEAGUE,
NATIONAL BASKETBALL ASSOCIATION,
MAJOR LEAGUE BASEBALL,
MAJOR LEAGUE SOCCER,
CHARLES, PRINCE OF WALES,
IDRIS ELBA, ACTOR, SINGER, PRODUCER,
SABRINA DHOWRE ELBA, FASHION MODEL,
DAK PRESCOT, QUARTERBACK
DALLAS COWBOYS,
BRIAN ALLEN, OFFENSIVE LINEMAN
LOS ANGELES RAMS,
MADONNA LOUISE CICCONE,
SINGER, SONGWRITER;
DEMOCRATIC PARTY,
REPUBLICAN PARTY,
ADESIJUOLA OGUNJOBI,
MEMBERS OF THE CLASS AND SUBCLASSES
AND THOSE SIMILARLY SITUATED,

CIVIL ACTION NO. 3:20-cv-393 HEH

1

PLAINTIFFS,

V.

UNITED NATIONS,
WORLD HEALTH ORGANIZATION,
CENTERS FOR DISEASE CONTROL
AND PREVENTION,

DEFENDANTS.

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LITIGATION FUNDING DISBURSEMENT

Plaintiff Adesijuola Ogunjobi respectfully submits this memorandum of law in support of Motion For Litigation Funding Disbursement.

## I.    OVERVIEW

On May 10, 2021 Motion For Leave to File Litigation Funding document under seal was filed to demonstrate funding has been secured through proper document after Motion Designating Attorney General of Commonwealth and Special (Outside) Counsel as Counsel for the Plaintiffs filed along with Amended Complaint. However the motion designating Attorney General of Virginia was not accompanied by any Notice of hearing or waiver of hearing in accordance with Local Rule 7(E), unless otherwise ordered, a motion shall be deemed withdrawn if movant does not set for hearing or arrange to submit it without a hearing within thirty (30) days after the date on which the motion was filed. The application of Local Rule 7(E) does not apply to the designation of Attorney General of Commonwealth and Special (Outside) Counsel because the parties were not defendants to this class action lawsuit, it is liberal on the party being

2

designated on assumption to accept and not even contest it since the complaint when amended includes Commonwealth of Virginia as part of class members with incentives to create jobs in such state, pay for all legal fees by lead plaintiff (Toks Banc Corp), etc. The invitation designating the Attorney General of Commonwealth of Virginia has no adverse impact on State of Virginia, it is the opposite. The assets of Virginia Retirement System Investment Portfolio under the pension system of Commonwealth of Virginia has grown into an enormous assets due to the litigation funding document filed under seal based on the amended complaint to include Virginia and invitation of Attorney General of Commonwealth as Counsel for the Plaintiffs. Even if the Attorney General of Commonwealth declines or the motion is deemed withdrawn, there's nothing that precludes other attorneys (private) from representing the plaintiffs thus lending credence to disbursement of the litigation fund. The veracity of COVID-19 is also "noble" under the designation and this motion to disburse.

## II.    STRONG ASSETS AND REPAYMENT PLAN

June 7, 2021 to June 11, 2021 set for the Virginia Retirement System Investment Portfolio to disburse fund into account provided to Virginia Retirement System Investment Portfolio on June 1, 2021 via email which is a loan that must be repaid is supported by these factors:

A. 100,000,000 peoples across the globe via global press releases will be encouraged to make $20 per donor (no less, no more) to the COVID-19 Class Action challenge Fund which can raise $2,000,000,000 that will be enough to pay off the loan from the litigation funding transaction. There will be incentives attached to this as well.

3

B.  Letters will be sent to Janet Yellen, current Treasury Secretary to schedule meetings to discuss the pending credit facility under Toks Banc Corp submitted to former Treasury Secretary Steve Mnuchin back in late 2019 before the bogus "pandemic" was declared and sent everything into tailspin. This very credit facility is the largest ever in the history of capitalism which can be used to pay off the loan from litigation funding.

C.  Toks Banc Corp can raise $10,000,000,000 or more in sale of Preferred Shares,

D.  Another $1,000,000,000 can be raised just selling another stake in in litigation funding to more investors which will be separate from the one structured with Virginia Retirement System Investment Portfolio.

E.  The website of Toks Banc Corp et al v. United Nations et al will be overhauled to support the vision of "antidotal" to COVID-19 scam and its propaganda machines which will include live streaming of interviews, opinions, experts' opinions, etc. The COVID-19 scammers (WHO officials) have become the de facto "Global Dictator" where at any given time they can release any form of statements to lock people up or denounce ease on restrictions. It is a total "paranoia" known for outbursts which is the pattern of paranoia. The WHO officials engage in outbursts all the time as soon as they see people enjoying life or relaxing. The WHO officials don't like the image of sanity, just control people.

F. Letters will be sent to the Congress and Senate about COVID-19 Class Action challenge and hearings will be required to demonstrate why this lawsuit was filed. The Congress and the Senate will be informed of any potential unconstitutional Bills pending

4

before the Congress under COVID-19.  Discussion will also cover the global economy and the impact of COVID-19 Class Action challenge on global economy. This will also include global government officials where Aurelia & Stephen law firm will be opened across the globe and work with local attorneys regarding the COVID-19 Class Action challenge.

G. The global bond offering of Toks Banc Corp will commence to close before the end of 2021 which can allow refinancing of the litigation funding loan from VRSIP using proceeds from the global bond offering.

## III.   <u>VIRGINIA HUMAN RIGHTS ACT AND VIRGINIA VALUES ACT ("VVA")</u>

Virginia Human Rights Act § 2.2-3900 (A) (B)(1)(2)(3)(4)(5) supports the litigation funding investment proposed to Virginia Retirement System Investment Portfolio under the litigation funding and also bars Virginia Retirement System Investment Portfolio to discriminate against the taxpayers of Virginia that own 66% of the pension fund or the individual that submits the litigation funding document for closing. The United States District Court for the Eastern District of Virginia just granted Attorney General of Commonwealth its motion to dismiss a lawsuit challenging both Virginia Human Rights Act and Virginia Values Act. See *Robert Updegrove, et al v. Mark R. Herring, et al* (2021)[1] (quotations omitted).

## IV.   <u>BUDGET</u>

The office of the Attorney General of Commonwealth and Special (Outside) Counsel will be paid $1,000,000 per  month throughout the duration of the trial. $12,000,000 will be deposited with the Attorney General of Commonwealth after the disbursement. $2,000,000 will

---

[1] Alliance Defending Freedom, a non-profit organization filed this lawsuit on behalf of Updegrove, et al. The organization is based in Arizona. Amazing how so-called organization using faith to discriminate.

be deposited with the University of Virginia School of Law[2] to recruit law students to assist in this memorable class action. The remaining fund will be used to retain more attorneys, engage in global press releases, publicity, travels, solicitation, meetings with Treasury Secretary of the United States and all auxiliary expenditures. It is with utmost and unconditional effort to see to it Virginia Retirement System Investment Portfolio is reimbursed fully with interest as specified inside the documents submitted to the pension fund and filed under seal with the court.

## V.   SEC v. TOKS, ADESIJUOLA OGUNJOBI

Most people across United States had no idea Mr. Ogunjobi responded to bogus SEC lawsuit (citation omitted) that tried to portray Mr. Ogunjobi as a "criminal" via civil litigation. Not only that, a trial by jury was demanded when an Affidavit was filed to support relocation of the trial to another jurisdiction which always liberal to defendants. SEC opposed such move which begs the agenda why would an agency that just portrayed an individual with no investors on record invested with the entity declines to go to trial? Most SEC cases filed against entities and individuals do have money exchanged or the defendant has received substantial fund from investors, used such fund for personal purposes, but in this case, Toks nor Mr. Ogunjobi had no fund or money, period. The google of Adesijuola Ogunjobi portray SEC's version of the lawsuit, not the response to the lawsuit, typical the google guys must be jealous Mr. Ogunjobi is the first entrepreneur ever to file $2 Trillion all stock tax free in the United States. The response to SEC's lawsuit stated the offering memorandum prepared to raise capital was exempt[3] from registration

---

[2] University of Virginia School of Law will receive donation in the future (stock) duly registered and issued by Transfer agent. However, such size cannot be disclosed inside this brief, only to be disclosed to the donee.

[3] A great deal of people had no idea there's no such thing as selling unregistered securities because securities can be exempted from registration even if the issuer never cited such legend. The offering memorandum of Toks' 9-month promissory note had a "Legend" that clarifies the securities are exempt and never been passed as accurate by any agency which in reality no such thing as "accurate" when it comes to offering, but the legend recommended

6

which is 9-month promissory note. SEC tried to portray it as the law does not apply to Toks or the issuer when all along the 9-month promissory note is purposely designed for issuers that want to raise capital without the rigor of registration statements. Also Mr. Ogunjobi back then didn't know this is a classic "racial profiling" while others have been allowed to apply the same "exempt" to raise capital with their own offering. Mr. Ogunjobi has no criminal record as of to date, nor ever being indicted, tried and found guilty which can lead to incarceration, fines, etc., nor ever defrauded any party, nor any investor or investors have filed complaint with any authorities they lost money or sued him for investment fraud. No such complaint exists. The financial crisis exposed SEC's hypocrisy where all securities registered by big financial institutions result in the worse form of financial crisis. Attorney General Mark Herring filed lawsuit during the financial crisis against the issuers, not SEC, the agency. Below is the press release:

> RICHMOND Va./WASHINGTON (Reuters) - The state of Virginia said on Tuesday that it sued units of Citigroup Inc, Deutsche Bank AG and 11 other banks, accusing them of defrauding the state's retirement fund by selling it shoddy mortgage bonds in the run-up to the recent financial crisis.
>
> The lawsuit seeks $1.15 billion in damages from the banks, who allegedly misled the Virginia Retirement System about the quality of loans in investments purchased between 2004 and 2010.
>
> The state's attorney general said an analysis showed nearly 40 percent of the mortgages that backed 220 securities the fund purchased were fraudulently represented as posing a lower risk of default than they actually did.
>
> Attorney General Mark Herring said the fund lost $383 million when it was forced to sell the securities.
>
> The other banks named in the lawsuit include units of Bank of America Corp, Credit Suisse AG, Goldman Sachs Group Inc, HSBC Holdings plc, Morgan Stanley, and JPMorgan Chase & Co. Representatives of the banks either declined comment or did not immediately respond to a request for comment.
>
> The case follows many other states' resolution of similar cases over losses that state funds suffered from pools of mortgages considered to be at the center of the 2008 financial crisis. Some of the cases were wrapped up through joint federal-state settlements with several financial institutions including Bank of America and Citigroup.

by securities laws or SEC rules required such phrase. Again, people can't stand a typical black man that follows the law.

At a press conference announcing the lawsuit, Herring said a whistleblower, which he identified as financial modeling firm Integra REC, recently brought the allegations to his office. Under a law about providing evidence of defrauding Virginia taxpayers, such a whistleblower could earn between 15 to 25 percent of any recovered funds. A representative of Integra REC declined to comment on the case.

The lawsuit was unsealed Tuesday in Richmond Circuit Court.

"The message today is clear. If you try to rip off or defraud Virginia consumers or Virginia taxpayers, you will be caught and you will be held responsible," Herring said at the press conference, which was held at the courthouse.

The banks have 21 days to respond to the lawsuit.

"We are in this for the long haul," Herring said.

Mr. Ogunjobi can count his blessings or say very fortunate because some people (mostly black men) have been incarcerated for crimes they never committed, some spent decades until they finally released them. SEC never presented to the Court any victims, funds derived from investors, period. SEC never sort order to freeze account because no such funds exist. SEC conducted "stock patrol" on Mr. Ogunjobi and came up empty which should have given the agency enough evidence this is not a fraudulent transaction, however when the party is black, forget decency and moral. Stock patrol is designed to find out if an individual possess securities of the very entities they filed to acquire. Mr. Ogunjobi is on record to sue SEC in the future to declare Stop-Order illegal and "unconstitutional" using the very immunity of SEC from lawsuit as grounds because if SEC cannot be sued by registration statements filed by issuers, then they have no business engaging in stop-order[4] of registered securities. SEC was never sued due to dot-com busts that cost investors over $1 trillion in equity lost. Nor SEC sued for all the investments lost during financial crisis when all along SEC declared those securities for sale due to all the major financial institutions that act as "underwriter" of such mortgage securities are publicly

---

[4] Stop-Order is what SEC enforcement division (not the Commission—big difference) to stop a registration statement of securities to become "effective" which is 20 days after the registration statement is filed and SEC's procedure is called "post-effective" because SEC has never review any registration statement filed to register securities right away, it take time and that's why after 20 days the so-called securities became "effective."

8

traded entities. If Mr. Ogunjobi is a convicted defendant under securities laws, and bar from securities like Michael Milken, he will still be allowed to engage in privately held securities investments. Like Michael Milken, he could not own or even engage in third party transaction involving publicly held or traded securities, but can still invest in private entities. Even Mark Cuban, owner of NBA team Dallas Mavericks was sued for insider trading via SEC's overzealous reach, see *S.E.C. v. Cuban* 620 F. 3d 551 (2010). Mark was fortunate to have money to pay for legal fees and he was exonerated when the whole issued was prosecuted. Mark Cuban's press conference lambasted SEC's blatant lies during court proceedings. This has covered any rumor or "fantasy" of bogus SEC's lawsuit against Toks[5] or Ogunjobi which ironically if Toks or Mr. Ogunjobi wanted to engage in securities fraud, there won't be filing of registration statement with the United States Securities and Exchange Commission ("the Commission") which exposes the entity and the officer to the public. No one goes to an agency like SEC and announce they're about to defraud investors. Fraudsters accused in engaging in securities fraud do so quietly and busted after complaints from investors. The irony (or say "poetic justice") of SEC lawsuit against Toks and Mr. Ogunjobi occurred on June 1, 2009 when General Motors Corporation for bankruptcy declaring $82 billion in outstanding debt which means all shareholders equity wiped out and who filed tender offer back then to acquire General Motors Corporation with assumption of debt before 2009? Toks (ouch!!!---looks like SEC's bogus lawsuit is just what it is bogus, SEC couldn't protect shareholders of General Motors Corporation from being wiped out due to bankruptcy). Any party can sue just like Byron Allen, Founder of Entertainment Studios Network, Inc. sued McDonald's Corporation for

---

[5] Toks Banc Corp duly formed in State of Virginia and Aurelia & Stephen Law Firm PLC duly formed in State of Virginia on May 25, 2021 are the borrowers. JP Morgan, Bank of America, Goldman Sachs all being sued by SEC and others and they still allowed to function. So, if Toks is sued, it is civil and still allows to function.

9

$10,000,000,000 on grounds of racial discrimination that McDonald's refused to take ads on the network. This lawsuit[6] is classic example of BOGUS ("frivolous" is redundant). No entity can force another entity to take ads on their media operation. Byron Allen is drowning in heavy debt borrowing heavily to purchase television stations and the only way to repay that loan is to sue and play race card and use black people as usual just like SEC sued Toks and pretend they were protecting the public, but couldn't protect the public from financial crisis. Virginia was sued by a Christian who wants to refuse services to gay couple(s) and the court dismissed it the lawsuit no one has any right to discriminate against the public, only your own discrimination is allowed as in where to eat, to shop, what kind of car to drive, what neighborhood to live in, etc., which is called "taste."

## VI.    COVID-19 CLASS ACTION DESERVES FUNDING TO PROSECUTE

The ongoing anti-COVID-19 vaccines and mandates is huge, one can hope civil war doesn't start because of the greed tied to this COVID-19 scam which is now beyond reckless. Lawsuits have been filed to challenge the COVID-19 vaccine mandates, however the lawsuits are misguided because people cannot embrace COVID-19 as real and at the same time sue to oppose the vaccine. The irony here is some employees of hospitals supporting COVID-19 scam are now suing not to be forced to take the COVID-19 vaccines. Interesting, they must know something we don't.  COVID-19 Class Action challenge will give "voice" to the oppressed. Typically, people are silenced back then and they used poor people to support ugliness. Today, due to courts, 21st century mindset, it is virtually impossible to silent people like they used to

---

[6] *Entertainment Studios Network et al v. McDonald's* case number 21 ST CV 18981. Filed May 20, 2021. Miller Barondess LLP representing the plaintiff is the same law firm that filed lawsuit on behalf of Byron Allen who was seeking $20 billion to bully Comcast playing "race card" all over again.

during slavery, holocaust, etc. This is the quote from Eric Clapton[7] what he experienced from COVID-19 vaccine:

> I took the first jab of AZ and straight away had severe reactions which lasted ten days. I recovered eventually and was told it would be twelve weeks before the second one...," Clapton wrote.

> About six weeks later I was offered and took the second AZ shot, but with a little more knowledge of the dangers. Needless to say the reactions were disastrous, my hands and feet were either frozen, numb or burning, and pretty much useless for two weeks, I feared I would never play again, (I suffer with peripheral neuropathy and should never have gone near the needle.) But the propaganda said the vaccine was safe for everyone...

The COVID-19 scammers would label this as typical "side-effects" which is not true. They equate "side-effects" with "toxin." Side-effects only apply to medication that treats the disease, if such medication is effective. When there's no disease to treat or virus to terminate, the word is "toxin." COVID-19 vaccine is "toxin."

Bizarre behavior is now part of this because people are not only confuse, they're just paranoid. For example a man posted himself eating a snake[8] which is designed to prevent him from COVID-19 infection. Indians in India are now covering their bodies with cow manure (feces) and urines to ward off COVID-19 virus.

COVID-19 scam pattern now involves the classic bait: prizes and cash to lure people to take the vaccines. This is the pattern of scam. Scam artists used this all the time. There will be billions set aside to dole out prizes and cash to those that will take the vaccines. Imagine one has a broken ankle and busted knee and called the hospital they wanted to be paid to get treatment, no doubt hospital staff would have a field day on that one. When people have been offered prizes and cash to take COVID-19 vaccines, that's the scam.

---

[7] Eric Clapton is a well-known musician, recording artist with global recognition.

[8] The man was arrested, he shouldn't be, the problem is the toll of this COVID-19 scam on peoples across the globe is growing and this lawsuit is the antidote, no way around it.

This is reminiscent of era when blacks with education[9] were kidnapped for slavery where they tricked them to discuss a job or employment opportunity via lunch inside a fancy restaurant and the next thing they were waking up inside a cell with chains on the wrists and ankles. Or black mothers looking for their children they thought missing and some men taking the mother to meet with their children and later refused them to leave with their children due to the same men kidnapped the children to lure the mother and the children into slavery. Or take the modern day slavery known as "human trafficking" where young girls are promised fame and fortune to work in the glamorous (not so glamorous) fashion industry notorious for drug use, eating disorder, etc., and they found themselves in a prostitution ring in another country. COVID-19 is a scam, deal with it.

## VII.  PENALIZED MORTALITY

"Penalized Mortality" is a phrase that has nothing to do with any grammatical context or engage in any form of acquiescence, the phrase demonstrates the ultimate ugliness of COVID-19 scam. For the first in the history of this Universe, we're now witnessing "penalized mortality" where people will be subjected to hash treatment because someone just died. This is not a universe of immortality, mortality is the norm, the price we all pay to show up on this universe, why the lockup, the arrests, the constant barrage of outbursts from WHO officials, and CDC[10] officials which is a classic pattern of paranoia because people that deal with paranoia are known for outbursts. Anytime someone dies, law enforcement officials, media and politicians are screaming violation of CDC rules and mumbo-jumbo guidelines. A hiker and other hikers were

---

[9] 12 Years a Slave (2013) depicted such horrors a great deal of educated blacks dealt with via kidnapping by luring them to bogus lunch or dinner to discuss job or employment opportunities. Now the world is witnessing politicians and entities offering cash and prizes to lure people to take COVID-19 vaccines.

[10] CDC is not working under the direction of United States, it is working under the direction of World Health Organization (WHO) regarding COVID-19. WHO coined the virus, not CDC.

arrested for violating CDC COVID-19 protocols (whatever that means). Party goers were arrested. Biden just announced future panel to investigate the origin of COVID-19 from Wuhan, which is total delusion. Trump just released statement that any smart person should know COVID-19 originated from Wuhan Lab (no wonder he lost the election). *Anything for England* just in the news to investigate as well the origin of COVID-19 from Wuhan. Bogus articles about someone dying after they refused to believe COVID-19 is real as if people that embrace COVID-19 would live forever, others that called it a hoax, will die right away. Total bizarre and juvenile. Time for realty check here, "penalized mortality" should be declared "unlawful," period. We cannot afford to punish people because someone just died. The people being penalized will die down the line. This is unacceptable and this lawsuit will serve its purpose.

## VIII.  **THE BIGOTRY**

The bigotry under COVID-19 is unbelievable. For example, there's now COVID-19 "yellow star patch" that states: "not vaccinated" which means people must put on if they have no card to show they were vaccinated. The ridiculous COVID-19 HATE CRIME ACT which ironically now established humans are responsible for viruses and diseases which is not true. No one is responsible for any legitimate and well documented virus or disease. This H. Res. 151 is a bill which is nonsense. HATE CRIME BILL exists to address anyone engaging in hate crime regardless of their motive. The audacity to legitimize this COVID-19 scam via bogus statute is just what COVID-19 scam has done, render people helpless. Not too long ago they had Slavery Act and the lawmakers back then embraced it and promoted it as a "virtue" and rule of law. Today, an average person knows Slavery Act is despicable.

## IX.    **INDIA INVALIDATES COVID-19**

13

The exhibit submitted when motion to seal was filed on May 10, 2021 showing the article that depicted the WHO's study on deaths in India ironically invalidates COVID-19 and peoples across the globe should not be denied this information because the very WHO officials forgot their own study about Indian deaths they conducted for 2017 deaths and such study will hunt them. No one including the WHO officials knew that many deaths in India. Actually, the number is higher because the typical mindset of poor people is the government doesn't care about them. If someone dies, they don't call authorities or hospitals, they just bury them. The ones that made it to the hospitals and die are the ones counted. It is important to state that 50,000 deaths per day in India is reasonable considering over one billion people live in India. India just announced order of 120,000,000 vaccines which is nonsense because COVID-19 is not killing, extreme poverty is doing the killing. Taking any form of vaccines does not guarantee immortality and the argument to contain spread is misguided because diseases don't spread and the trial will allow more elaboration. India like all other countries need to focus on "eradication of poverty" and the tool to achieve that is there. The past generations that created poverty via invention of the phrase "success" did so to deny others access to opportunities and resources. Success is an "illusion" and the result of such illusion is "poverty" because it creates illusion someone can do better than another when in reality it is not true. Shelter and food should not be a thing of "war" to survive. So, you got money?  The worst human beings got money. The dumbest people got money. Pension funds and institutional investors like Virginia Retirement System Investment Portfolio invest in lousy ideas all the time and such ideas even sold to the public via so-called IPO (Initial Public Offering). The Kardashians (I have to look up the spelling) made their fortune doing crap on television. Money is a "numbers game." There shouldn't be poverty on this planet.

## X.    LABOR SHORTAGE, INCONSISTENCY, ET CETERA

The labor shortage during this bogus "pandemic" is not based on benefits people are being paid to stay home which is a misconception, it is based on people sacrificing to stay home before they put on that ridiculous masks or be forced to follow bogus WHO's guidelines. People that work just felt that staying home will do them more harm and people that stay home will be happy to go back to work and make more money than the benefits. The inconsistency about guidelines is a classic obtrude where they say take the vaccines and remove the mask or show us the test you're negative and remove your mask.

## CONCLUSION

Plaintiff Adesijuola Ogunjobi respectfully asks that this Court has received adequate information on the funding, the disbursement dates and opportunity to serve the global community their right to determine if COVID-19 is real or not via the adjudication of COVID-19 Class Action challenge.

June 1, 2021

Respectfully submitted,

/s/Adesijuola Ogunjobi

Adesijuola Ogunjobi
P.O. Box 56454
Jacksonville, FL 32241
(904) 894-1466
adesijuolaogunjobi@gmail.com

15

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021 a true and accurate copy of the Motion For Litigation Funding Disbursement and Plaintiff's Memorandum To Support was sent via electronic mail to the following:

Governor Ralph Northam
P.O. Box 1475
Richmond, VA 23218
Ralph.northam@governor.virginia.gov

Board of Trustees
Virginia Retirement System Investment
P.O. Box 2500
Richmond, VA 23218
trustees@varetire.org

Patricia Bishop
Director
Virginia Retirement System Investment
rbishop@varetire.org

Ronald Schmitz
Chief Investment Officer
Virginia Retirement System Investment
rschmitz@varetire.org

Mark R. Herring
*Attorney General*
Erin B. Ashwell (VSB No. 79538)
*Chief Deputy Attorney General*
Donald D. Anderson (VSB No. 22114)
*Deputy Attorney General*
Heather Hays Lockerman (VSB No. 65535)
Senior Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-0067 – Telephone
(804) 786-2650 – Facsimile
hlockerman@oag.state.va.us
eashwell@oag.state.va.us

danderson@oag.state.va.us

Toby J. Heytens (VSB No. 90788)
Solicitor General Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219(
804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
theytens@oag.state.va.us


David B. Irvin Virginia Bar Number: 23927
Unit Manager and Senior Assistant Attorney General
Erin E. Witte Virginia Bar Number: 81096
Stephen J. Sovinsky Virginia Bar Number: 85637
Assistant Attorneys General Office of the Attorney General Consumer Protection Section
202 North Ninth Street Richmond, VA 23219
Telephone (Irvin): (804) 786-4047
Telephone (Witte): (703) 359-6716
Telephone (Sovinsky): (804) 823-6341 Fax: (804) 786-0122
Email: dirvin@oag.state.va.us
Email: ewitte@oag.state.va.us
Email: ssovinsky@oag.state.va.us


Charlotte Gomer, Press Secretary
Phone: (804)786-1022
Mobile: (804) 512-2552
Email: **cgomer@oag.state.va.us**


Dated:  June 1, 2021                      Respectfully Submitted,

                                          /s/Adesijuola Ogunjobi

                                          Adesijuola Ogunjobi