FILED: September 21, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1694
(3:20-cv-00393-HEH)
_____

ADESIJUOLA OGUNJOBI

       Plaintiff - Appellant

and

TOKS BANC CORP; TOKS; 5 WORLD MARKETS CORPORATION; WORLD MARKETS TRANSFER AGENCY CORPORATION; GLOBAL PROSPERITY CORPORATION; UNITED STATES OF AMERICA; THE PEOPLE'S REPUBLIC OF CHINA; ORGANIZATION OF THE PETROLEUM EXPORTING COUNTRIES (OPEC); TREASURY DEPARTMENT OF THE UNITED STATES; FEDERAL RESERVE BOARD OF THE UNITED STATES; FEDERAL RESERVE BANK OF RICHMOND; INTERNATIONAL OLYMPIC COMMITTEE; ASSOCIATION OF TENNIS PROFESSIONALS; WOMEN'S TENNIS PROFESSIONALS; INTERNATIONAL TENNIS FEDERATION; NATIONAL FOOTBALL LEAGUE; NATIONAL BASKETBALL ASSOCIATION; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE SOCCER; CHARLES, PRINCE OF WALES; IDRIS ELBA, Actor, Singer, Producer; SABRINA DHOWRE ELBA, Fashion Model; DAK PRESCOTT, Quarterback; DALLAS COWBOYS; BRIAN ALLEN, Offensive Lineman; LOS ANGELES RAMS; MADONNA LOUISE CICCONE, Singer, Songwriter; DEMOCRATIC PARTY; REPUBLICAN PARTY; MEMBERS OF THE CLASS AND SUBCLASSES, and those similarly situated; COMMONWEALTH OF VIRGINIA; DONALD J. TRUMP; MELANIA TRUMP; THE CINCINNATI INSURANCE COMPANY

       Plaintiffs

v.

UNITED NATIONS; WORLD HEALTH ORGANIZATION; CENTERS FOR DISEASE CONTROL AND PREVENTION

       Defendants - Appellees

------------------------------

J U D G M E N T

------------------------------

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

       /s/ PATRICIA S. CONNOR, CLERK